**James Joseph OWENS–EL, Appellant,**

v.

**Bill HEDRICK, Warden, Appellee.**

No. 03–2106.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 3, 2003.

Decided Sept. 11, 2003.

James Joseph Owens–El, pro se, Florence, CO, Petitioner–Appellant.

Cynthia Jean Hyde, U.S. Attorney's Office, Springfield, MO, for Respondent–Appellee.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

James J. Owens–El appeals the District Court's [1] denial of his Federal Rule of Civil Procedure 60(b) motion. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that the District Court did not abuse its discretion in denying Owens–El's motion. *See Arnold v. Wood,* 238 F.3d 992, 998 (8th Cir. 2001) (standard of review; Rule 60(b) is not vehicle for reargument of merits, and movant must show exceptional circumstances to justify relief), *cert. denied,* 534 U.S. 975, 122 S.Ct. 400, 151 L.Ed.2d 304 (2001). Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.